# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

FILED

08 FEB -5 PH 2: 59

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DIST. OF CALIFORNIA

UNITED STATES OF AMERICA,

v.

## CR 08      0052

JERI HILL      **MMC**

*E-filing*

DEFENDANT.

## INDICTMENT

Title 18, U.S.C. § 1001(a)(3) - Use of False Document
(Five Counts)

A true bill.

_____
Foreman

Filed in open court this ___5___ day of
___February___, 2008

**Brenda Tolbert**
Clerk

_____
Bail, $ Summons

**ELIZABETH D. LAPORTE**
**UNITED STATES MAGISTRATE JUDGE**

CR08-52 MMC

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
                                       ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

┌─ **OFFENSE CHARGED** ─

18 U.S.C. § 1001 False Document

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

**PENALTY:**
5 years prison
$250,000 fine
3 years sup'd release
$100 special assessment

┌─ **DEFENDANT - U.S.** ─
     ▶ JERI HILL

**DISTRICT COURT NUMBER**

## CR 08    0052

MMC

┌─ **PROCEEDING** ─

**Name of Complaintant Agency, or Person (&Title, if any)**
Dept. of Housing & Urban Development, Sepcial Agent James H. Luu

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:     **SHOW DOCKET NO.**
       ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant     **MAGISTRATE CASE NO.**

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

**Name and Office of Person Furnishing Information on THIS FORM**    **JOSEPH P. RUSSONIELLO**
                  ☑ U.S. Att'y ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**   Owen P. Martikan

┌─ **DEFENDANT** ─

**IS *NOT* IN CUSTODY**
   Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l ☐ State

     If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No  } If "Yes" give date filed

**DATE OF ARREST** ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

┌─ **ADDITIONAL INFORMATION OR COMMENTS** ─

**PROCESS:**
☑ SUMMONS ☐ NO PROCESS* ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment ☑ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

ORIGINAL

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   Attorney for Plaintiff
3

4

5

6                              E-filing

7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA,          )   Criminal No. 08        0052

12           Plaintiff,                )
                                       )
13                                     )   VIOLATIONS: 18 U.S.C. § 1001(a)(3) – Use  MMC
             v.                        )   of False Document (Five Counts)
14                                     )
                                       )
15                                     )   SAN FRANCISCO VENUE
    JERI HILL,                         )
16                                     )
                                       )
17           Defendant.                )
                                       )
18

19                          I N D I C T M E N T

20  The Grand Jury charges:

21  COUNT ONE:         18 U.S.C. § 1001(a)(3) – Use of False Document

22       On or about September 18, 2003, in the Northern District of California, in a matter within

23  the jurisdiction of the Department of Housing and Urban Development, an agency of the United

24  States, the defendant,

25                               JERI HILL,

26  did knowingly and willfully make and use a material false writing and document by presenting to

27  a Section 8 Housing Site Administrator a Certification Application, knowing the same to bear a

28  materially false, fictitious and fraudulent statement and entry regarding her employment and

INDICTMENT

1    income, in violation of Title 18, United States Code, Section 1001(a)(3).

2

3    COUNT TWO:          18 U.S.C. § 1001(a)(3) – Use of False Document

4         On or about July 27, 2004, in the Northern District of California, in a matter within the

5    jurisdiction of the Department of Housing and Urban Development, an agency of the United

6    States, the defendant,

7                                        JERI HILL,

8    did knowingly and willfully make and use a material false writing and document by presenting to

9    a Section 8 Housing Site Administrator a Certification Application, knowing the same to bear a

10   materially false, fictitious and fraudulent statement and entry regarding her employment and

11   income, in violation of Title 18, United States Code, Section 1001(a)(3).

12

13   COUNT THREE:        18 U.S.C. § 1001(a)(3) – Use of False Document

14        On or about July 22, 2005, in the Northern District of California, in a matter within the

15   jurisdiction of the Department of Housing and Urban Development, an agency of the United

16   States, the defendant,

17                                       JERI HILL,

18   did knowingly and willfully make and use a material false writing and document by presenting to

19   a Section 8 Housing Site Administrator a Certification Application, knowing the same to bear a

20   materially false, fictitious and fraudulent statement and entry regarding her employment and

21   income, in violation of Title 18, United States Code, Section 1001(a)(3).

22

23   COUNT FOUR:         18 U.S.C. § 1001(a)(3) – Use of False Document

24        On or about July 28, 2006, in the Northern District of California, in a matter within the

25   jurisdiction of the Department of Housing and Urban Development, an agency of the United

26   States, the defendant,

27                                       JERI HILL,

28   did knowingly and willfully make and use a material false writing and document by presenting to

INDICTMENT                              2

1 a Section 8 Housing Site Administrator a Certification Application, knowing the same to bear a

2 materially false, fictitious and fraudulent statement and entry regarding her employment and

3 income, in violation of Title 18, United States Code, Section 1001(a)(3).

4

5 COUNT FIVE:        18 U.S.C. § 1001(a)(3) – Use of False Document

6       On or about July 26, 2007, in the Northern District of California, in a matter within the

7 jurisdiction of the Department of Housing and Urban Development, an agency of the United

8 States, the defendant,

9                                    JERI HILL,

10 did knowingly and willfully make and use a material false writing and document by presenting to

11 a Section 8 Housing Site Administrator a Certification Application, knowing the same to bear a

12 materially false, fictitious and fraudulent statement and entry regarding her employment and

13 income, in violation of Title 18, United States Code, Section 1001(a)(3).

14

15 DATED:                              A TRUE BILL.

16 02 / 05 / 08

17                                    FOREPERSON

18

19 JOSEPH P. RUSSONIELLO
   United States Attorney

20

21

22 KYLE F. WALDINGER
   Deputy Chief, Major Crimes Section

23

24 (Approved as to form:              )

25                  AUSA MARTIKAN

26

27

28

INDICTMENT                           3