1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2  BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  OWEN P. MARTIKAN (CSBN 177104)
   Assistant United States Attorneys
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7241
7     Facsimile: (415) 436-7234
      owen.martikan@usdoj.gov
8
   Attorneys for Plaintiff
9
                     UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN FRANCISCO DIVISION
12
   UNITED STATES OF AMERICA,        )    Case No. CR 08-052 MMC
13                                  )
         Plaintiff,                  )
14                                  )
      v.                            )    **MOTION FOR SUMMONS**
15                                  )
   JERI HILL,                       )
16                                  )
         Defendant.                  )
17                                  )

18     This is an indicted case.  The purpose for this motion is to secure defendant Jeri Hill's initial

19  appearance, because the summons issued when the indictment was returned was not served in

20  time for the previously scheduled initial appearance date.  The United States hereby requests that

21  the Court issue a summons for defendant Jeri Hill, 218 Moreland St., San Francisco, 94131.

22  HUD Special Agent James Luu will serve the summons.  The grand jury's indictment has

23  already demonstrated the existence of probable cause to summon defendant Hill to this Court.

24                                       Respectfully submitted,

25                                       JOSEPH P. RUSSONIELLO
                                         United States Attorney
26

27  Dated: February 12, 2008              /s/ Owen Martikan
                                         OWEN P. MARTIKAN
28                                       Assistant United States Attorney

MOTION FOR SUMMONS
Case No. CR 08-052 MMC

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. CR 08 052 MMC |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **[PROPOSED] ORDER FOR SUMMONS** |
| JERI HILL, | ) | |
| Defendant. | ) | |

The grand jury having returned an indictment in this matter, the Court finds that the United States is entitled to a summons for defendant Jeri Hill.  Accordingly, pursuant to Fed. R. Crim. P. 9(a), the Clerk of the Court is directed to issue a Summons directing the defendant, Jeri Hill, 218 Moreland St., San Francisco, 94131, to appear on February 26, 2008 at 9:30 am before Magistrate Judge Maria-Elena James or whichever other Magistrate Judge presides over the criminal duty calendar on that date, to make her initial appearance on the indictment returned by the grand jury.

IT IS SO ORDERED.

Dated: _____          _____
                                       HON. MARIA-ELENA JAMES
                                       United States Magistrate Judge