JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

OWEN P. MARTIKAN (CSBN 177104)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7241
    Facsimile: (415) 436-7234
    owen.martikan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>        Plaintiff,                            )<br>      v.                                        )<br>JERI HILL,                          )<br>        Defendant.                     )<br>_____) | Case No. CR 08-052 MMC<br><br>**DECLARATION OF OWEN MARTIKAN IN SUPPORT OF UNITED STATES' MOTION FOR SUMMONS** |

I, Owen Martikan, hereby declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office assigned to the prosecution of this case. I am competent to make this declaration and have personal knowledge of the following facts.

2. A grand jury returned a five-count felony indictment against defendant Jeri Hill on February 5, 2008. This office requested that the Court issue a summons to Hill for her initial appearance on Monday, February 11, 2008. The Marshal's Service did not serve Hill in time for her to appear on that date.

3. The purpose of this motion is to obtain a summons to secure Hill's appearance for an initial appearance on February 26, 2008, at 9:30am.

4. Special Agent James Luu, who is an investigator with the United States Department of Housing and Urban Development's Office of the Inspector General, will serve the summons.

I declare under penalty of perjury according to the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed February 12, 2008, at San Francisco, California.

          /s/ Owen Martikan
         OWEN P. MARTIKAN
         Assistant United States Attorney

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS
CASE NO. CR 08-052 MMC

-2-