JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

**FILED**

FEB 14 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 08 052 MMC |
| Plaintiff, ) | |
| ) | |
| v. ) | [PROPOSED] ORDER FOR SUMMONS |
| ) | |
| JERI HILL, ) | |
| Defendant. ) | |

The grand jury having returned an indictment in this matter, the Court finds that the United States is entitled to a summons for defendant Jeri Hill. Accordingly, pursuant to Fed. R. Crim. P. 9(a), the Clerk of the Court is directed to issue a Summons directing the defendant, Jeri Hill, 218 Moreland St., San Francisco, 94131, to appear on February 26, 2008 at 9:30 am before Magistrate Judge Maria-Elena James or whichever other Magistrate Judge presides over the criminal duty calendar on that date, to make her initial appearance on the indictment returned by the grand jury.

IT IS SO ORDERED.

Dated: 2-14-08

HON. MARIA-ELENA JAMES
United States Magistrate Judge