UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-Filing

Date: __MAR 19 2008__

Case No. __CR-08-0052 MMC__　　JUDGE: **Maxine M. Chesney**

__Jeri Hill__
DEFENDANT

Present (✓) Not Present ( ) In Custody ( )

__Owen Martikan__
U.S. ATTORNEY

__Jodi Linker__
ATTORNEY FOR DEFENDANT

Deputy Clerk: **TRACY LUCERO**

Reporter: __Juanita Gonzalez__

### PROCEEDINGS

REASON FOR HEARING __Initial Status Conference__

RESULT OF HEARING __AFPD Linker informed the Court that she recently received discovery materials from Government counsel & requests continuance to allow her time to review discovery with the ∆.__

Case continued to __4/9/08 @ 2:30__ for Further Status.
Case continued to _____ for Motions.
　　(Motion due ____, Opposition due ____, Reply Due ____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____ day(s)
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) __Preparation of Counsel__ Begins __MAR 19 2008__ Ends __4/9/08__

(5 min)