UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-filing

Date: APR 09 2008

Case No. CR-08-0052 MMC    JUDGE: Maxine M. Chesney

DEFENDANT: Jeri Hill    Present (✓) Not Present ( ) In Custody ( )

U.S. ATTORNEY: Owen Martikan    ATTORNEY FOR DEFENDANT: Jodi Linker

Deputy Clerk: TRACY LUCERO    Reporter: Margo Gurule

## PROCEEDINGS

REASON FOR HEARING: Further Status Conference

RESULT OF HEARING: Δ's Counsel requests additional time to review discovery materials.

Case continued to 4/30/08 @ 2:30 for Further Status. or Change of Plea
Case continued to _____ for Motions.
(Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s))
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____

(5 min)