UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: APR 3 0 2008

Case No. CR-08-0052 MMC

JUDGE: **Maxine M. Chesney**

DEFENDANT: Jeri Hill

Present (✓) Not Present ( ) In Custody ( )

U.S. ATTORNEY: Owen Martikan

ATTORNEY FOR DEFENDANT: Jodi Linker

Deputy Clerk: **TRACY LUCERO**

Reporter: Marge Gurule

## PROCEEDINGS

REASON FOR HEARING: Further Status Conference

RESULT OF HEARING: Δ's Counsel received materials & both sides have discussed a possible disposition of case.

Case continued to 5/21/08 @ 2:30 for Further Status. / Possible Change of Plea
Case continued to _____ for Motions.
(Motion due ____, Opposition due ____, Reply Due ____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s)
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) Preparation of Counsel Begins APR 3 0 2008 Ends 5/21/08