UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-filing

Date: **MAY 21 2008**

Case No. **CR-08-0052 MMC**   JUDGE: **Maxine M. Chesney**

**Jeri Hill**
DEFENDANT

Present (✓) Not Present ( ) In Custody ( )

**OWEN MARTIKAN**
U.S. ATTORNEY

**JODI LINKER**
ATTORNEY FOR DEFENDANT

Deputy Clerk: **TRACY LUCERO**   Reporter: **MARGO GURULE**

## PROCEEDINGS

REASON FOR HEARING   **Change of Plea**

RESULT OF HEARING   **Plea Agreement filed w/ the Court. Δ pled guilty to Count Five of Indictment.**

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
(Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____ day(s)
Case continued to **9/10/08 @ 2:30** for **Judgment & Sentencing / Gov't's motion to Dismiss Remaining Counts**

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____

(25 min)