UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-filing

Date: SEP 10 2008

Case No. CR-08-0052 MMC

JUDGE: **Maxine M. Chesney**

Jeri Hill
DEFENDANT

Present (✓) Not Present ( ) In Custody ( )

OWEN MARTIKAN
U.S. ATTORNEY

JODI LINKER
ATTORNEY FOR DEFENDANT

Deputy Clerk: TRACY LUCERO

Reporter: Connie Kuhl

## PROCEEDINGS

REASON FOR HEARING: Judgment & Sentencing

RESULT OF HEARING: Sentence - 3 years Probation, Restitution $54,754.00 - monthly payments of $200 to begin in 60 days. $100 Special Assessment. (See Judgment for Additional Conditions).

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
(Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____ day(s)
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____

(25 min)